IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| ANICETO BETANCOURT IV, | ) | |
| | ) | |
| Petitioner, | ) | Case No. CV-07-83-S-BLW |
| | ) | |
| v. | ) | **INITIAL REVIEW ORDER** |
| | ) | |
| CALDWELL POLICE, CANYON COUNTY SHERIFFS, CANYON COUNTY JAIL, CANYON COUNTY, STATE OF IDAHO, | ) ) ) ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

Petitioner filed a Petition for Writ of Habeas Corpus on February 22, 2007, while he was a pretrial detainee at the Canyon County Jail, being held on voluntary manslaughter charges. Because Petitioner was acquitted of all charges at jury trial, and he has been released from custody, this habeas corpus action is moot. *See Hill v. Johnson*, 539 F.2d 439 (5th Cir. 1976); *Whitehead v. People of State of New York*, 1991 WL 159070 (D.N.Y. 1991). Petitioner's "Amended Request for Relief," wherein he requests damages and other relief, is denied, as such relief is unavailable in habeas corpus. *Hill*, 539 F.2d at 440 ("The sole function of the writ is to grant relief from unlawful imprisonment or custody, and it cannot be used properly for any other purpose.").

Petitioner's Petition includes what appears to be an access to courts claim. Such a claim may be brought under 42 U.S.C. § 1983, the civil rights statute. Inmates have a constitutional right to access the courts. *Bounds v. Smith*, 430 U.S. 817 (1977). In order

INITIAL REVIEW ORDER 1

to demonstrate that he has a cognizable access to courts claim, Plaintiff must show that he suffered an actual injury as a result of the alleged denial to access. *Lewis v. Casey*, 518 U.S. 343 (1996). If Plaintiff wishes to bring an access to courts claim, he may file a separate civil rights action or seek to amend one of his other pending Complaints.

## ORDER

NOW THEREFORE IT IS HEREBY ORDERED that Petitioner's Motion to Proceed in Forma Pauperis (Docket No. 2) is MOOT.

IT IS FURTHER HEREBY ORDERED that Petitioner's request for appointment of counsel, contained in his Petition, is DENIED.

IT IS FURTHER HEREBY ORDERED that Petitioner's Petition (Docket No. 1) is DISMISSED.

IT IS FURTHER HEREBY ORDERED that Petitioner's "Amended Request for Relief" (Docket No. 7) is DENIED.

DATED: **April 23, 2007**

Honorable B. Lynn Winmill
Chief U. S. District Judge

INITIAL REVIEW ORDER 2