IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ANICETO BETANCOURT IV, ) | |
| ) | |
| Petitioner, ) | Case No. CV-07-83-S-BLW |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| CALDWELL POLICE, CANYON ) | |
| COUNTY SHERIFFS, CANYON ) | |
| COUNTY JAIL, CANYON COUNTY, ) | |
| STATE OF IDAHO, ) | |
| ) | |
| Respondent. ) | |
| _____) | |

On April , 2007, the Court entered an Order dismissing this action. Based upon that Order, and the Court being fully advised in the premises, IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff's cause of action is DISMISSED in its entirety..

DATED: **April 23, 2007**

_____
Honorable B. Lynn Winmill
Chief U. S. District Judge

**JUDGMENT -1**